IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES E. CREAMER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0513-M |
| | ) | |
| PAUL CERVANTES, ET AL, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed but a Motion for Extension was filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Plaintiff's motion for leave to proceed *in forma pauperis*. However, the Court extends to April 19 the date for Defendant to pay the filing fee.

SO ORDERED this 7 day of April, 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE